

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00197-CV

———————————————

IN THE INTEREST OF M.H.E., A CHILD

---

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-742976-23

---

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

**MEMORANDUM OPINION**

Appellant M.H. (Mother)[1] attempts to appeal from the trial court's "Order for Mediation with Dispute Resolution" (the Order).

On March 30, 2026, we notified Mother of our concern that we lack jurisdiction over this appeal because the Order did not appear to be a final judgment or an appealable interlocutory order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001) (holding that, generally, appeals may be taken only from final judgments or interlocutory orders authorized by statute). We informed Mother that unless she or any party filed a response showing grounds for continuing the appeal on or before April 9, 2026, we could dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We have received no response.[2]

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Lehmann*, 39 S.W.3d at 195, 200.

/s/ Brian Walker

Brian Walker
Justice

Delivered: April 30, 2026

---

[1]To protect the child's identity, we identify the child's family by their relationship to her. *See* Tex. Fam. Code Ann. § 109.002(d).

[2]The trial-court clerk informed us that the trial-court judge has not signed a final judgment and that the case is still pending.